MAGISTRATE JUDGE'S MINUTES
# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. Magistrate Judge: Michael A. Ambri** | **Date: June 15, 2023** |
| **USA v. Ruslan Magomedovich Astamirov** | **Case Number: 23-08941MJ-001** |

**Attorney for Government:**  AUSA Beverly Anderson present for AUSA Christopher Curran
**Attorney for Defendant:**  AFPD Greta Vietor present
**Interpreter:** Nataliya Kharikova (telephonic)        **Language:** Russian
**Defendant:**  ☒  **Present**   ☒ **Custody**

## INITIAL APPEARANCE RE OUT OF DISTRICT WARRANT

☒ Date of Arrest:  June 14, 2023

☒ Out of District Warrant issued by the District of New Jersey on filed Complaint.

☒ Defendant advised of charges reflected in the Complaint filed in the District of New Jersey, Case No. MJ 23-13114.

Defense counsel informs the Court that Defendant is scheduled to meet with counsel and a Russian Interpreter next week to confer as to the current removal proceedings before the District of Arizona. Defense counsel intends to review and complete the Financial Affidavit and the waiver (if applicable) at that time and will provide to the Court at the next set hearing.

☒ The Court provisionally appoints Attorney Greta Vietor to represent the Defendant for the District of Arizona proceedings, with appointment type: FPD.

☒ The Court orders Defendant temporarily detained in the custody of the U.S. Marshal pending further proceedings.

☒ A Detention/Removal Hearing is set for **6/21/2023, at 1:45 PM**, before Magistrate Judge Jacqueline M. Rateau.

☒ **Interpreter required for Defendant: Russian.**

**Recorded By** Courtsmart
**Deputy Clerk** Lindsay Lowe

**IA RE OUT OF DISTRICT WARRANT**
11 min

**Start:**  3:57 PM
**Stop:**  4:08 PM